UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-21 |
| Plaintiff, | Hon. Robert J. Jonker<br>U.S. District Judge |
| v. | |
| JAMES RUSSELL KING II, | |
| Defendant. | |
| _____/ | |

## ORDER FOR DETENTION

Defendant appeared before the undersigned for an arraignment on an indictment charging him one count of possession with intent to distribute methamphetamine. Defendant currently has an MDOC parole detainer. Defendant reserved the issue of detention in this case pending disposition of this detainer and may request a hearing regarding detention in the future.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated: December 20, 2022         /s/ *Maarten Vermaat*
                                  MAARTEN VERMAAT
                                  U.S. MAGISTRATE JUDGE